AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

OLIVIA PESCATORE, et al.,  )
*Plaintiff* )
v. )
JUVENAL OVIDIO RICARDO PALMERA PINEDA, et al., )
*Defendant* )
)

Civil Action No. 08-2245 (RMC)

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11/01/2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 11/20/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OLIVIA PESCATORE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2245 (RMC) |
| | ) | |
| JUVENAL OVIDIO RICARDO PALMERA PINEDA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment Regarding Damages, Dkt. 40, is granted in part and denied in part; and it is

**FURTHER ORDERED** that the following solatium damages are awarded to Plaintiffs, which shall be trebled:

Olivia Pescatore - $5,000,000;

Josh Pescatore - $3,000,000;

Jada Pescatore - $3,000,000;

Jarrod Pescatore - $3,000,000;

Jordan Pescatore - $3,000,000;

Frank T. Pescatore, Sr. - $3,000,000;

Carol Pescatore Harpster - $1,000,000;

Richard Pescatore - $1,000,000;

John Pescatore - $1,000,000; and it is

1

**FURTHER ORDERED** that judgment shall be entered against Defendants for reasonable attorneys' fees and costs upon submission of evidence of such fees and costs.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: November 1, 2018

ROSEMARY M. COLLYER
United States District Judge

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 12/1/2018
ANGELA D. CAESAR, CLERK
By:

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., <br> *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA <br> *Defendant* | ) ) ) ) ) Civil Action No. 08-cv-02245-RMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosemary M. Collyer  on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Olivia Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $5,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., <br> *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 08-cv-02245-RMC <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosemary M. Collyer on a motion for
Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Josh Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $3,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| OLIVIA PESCATORE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 08-cv-02245-RMC |
| JUVENAL OVIDIO RICARDO PALMERA PINEDA | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosemary M. Collyer   on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Jada Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $3,000,000, which shall be trebled.

Date:   11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., <br> *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 08-cv-02245-RMC <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosemary M. Collyer on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Jarrod Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $3,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., <br> *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 08-cv-02245-RMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosemary M. Collyer on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Jordan Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $3,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al.,<br>*Plaintiff*<br>v.<br>JUVENAL OVIDIO RICARDO PALMERA PINEDA<br>*Defendant* | Civil Action No. 08-cv-02245-RMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosemary M. Collyer  on a motion for
Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Frank T. Pescatore, Sr. recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $3,000,000, which shall be trebled.

Date:  11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA *Defendant* | Civil Action No. 08-cv-02245-RMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosemary M. Collyer on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Carol Pescatore Harpster recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $1,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al., <br> *Plaintiff* <br> v. <br> JUVENAL OVIDIO RICARDO PALMERA PINEDA <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 08-cv-02245-RMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosemary M. Collyer on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Richard Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $1,000,000, which shall be trebled.

Date: 11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al.,<br>*Plaintiff*<br>v.<br>JUVENAL OVIDIO RICARDO PALMERA PINEDA<br>*Defendant* | )<br>)<br>)  Civil Action No. 08-cv-02245-RMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosemary M. Collyer  on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that John Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $1,000,000, which shall be trebled.

Date:  11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*