UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA PESCATORE, *et al.*,
                     Plaintiffs,

-v-

JUVENAL OVIDIO RICARDO
PALMERA PINEDA, *et al.*,
                     Defendants.

18-MC-545 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Intervenors Samark Jose Lopez Bello and Yakima Trading Corporation have filed a letter requesting leave to file a motion to intervene in this miscellaneous case, which is a post-judgment executing proceeding.  (Dkt. No. 8.)  Because Plaintiffs do not oppose intervention (*see* Dkt. No. 9), and it seems appropriate, Intervenors' letter is deemed a motion to intervene and is hereby GRANTED.

    The parties shall appear for a telephonic conference in the case on June 22, 2020, at 11:30 a.m.  At the appointed time, counsel shall call (888) 557-8511, and use the access code 9300838.

    SO ORDERED.

Dated: June 12, 2020
       New York, New York

                                        J. PAUL OETKEN
                                      United States District Judge