```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**OLIVIA PESCATORE, ET AL.,**

                   **Plaintiffs,**

           **18-MC-545 (ALC)**

    -against-

           **ORDER**

**JUVENAL OVIDIO RICARDO PALMERA**
**PINEDA, ET AL.,**

                  **Defendants.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' pre-motion conference letters in connection with Antonio Caballero's motion to intervene. ECF Nos. 51, 53-54. Upon review of the submissions, Mr. Caballero' request for a pre-motion conference is DENIED. Mr. Caballero is hereby GRANTED leave to file a motion to intervene according to the following briefing schedule:

- Opening brief: January 28, 2021
- Opposition brief: February 11, 2021
- Reply brief: February 18, 2021

**SO ORDERED.**

**Dated:    January 7, 2021**
           **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**