CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DEPARTMENT OF THE TREASURY
OFFICE OF FOREIGN ASSETS CONTROL
REPORT OF BLOCKED TRANSACTIONS

## INSTITUTION INFORMATION

| INSTITUTION | TYPE OF INSTITUTION | ADDRESS |
|---|---|---|
| Sumitomo Mitsui Banking Corporation | Commercial Bank | 277 Park Avenue |

| CITY | STATE | CONTACT PERSON | TELEPHONE NUMBER |
|---|---|---|---|
| New York | NY | John J. Paino | (212) 224-4355 |

| POSTAL CODE | COUNTRY | E-MAIL ADDRESS | FAX NUMBER |
|---|---|---|---|
| 10172 | USA | john_paino@smbcgroup.com | (212) 224-4020 |

## TRANSACTION INFORMATION

| AMOUNT BLOCKED | DATE OF TRANSACTION | DATE OF BLOCKING | PROGRAM OR REASON FOR BLOCKING FUNDS |
|---|---|---|---|
| [redacted] | 02/20/19 | 02/20/19 | Venezuela |

| ORIGINATOR NAME & ADDRESS | ORIGINATING FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| N/A | N/A |

| INTERMEDIARY FINANCIAL INSTITUTION(S) NAME & ADDRESS | BENEFICIARY FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| N/A | Sumitomo Mitsui Banking Corporation<br>277 Park Avenue, 25th Fl., New York, NY 10172 |

| BENEFICIARY NAME & ADDRESS | ADDITIONAL RELEVANT INFORMATION (USE PAGE 2 IF MORE SPACE IS NEEDED) |
|---|---|
| Venezuelan Heavy Industries, Calle Pardillo Local Galpon Venalco Zona Industrial Matanzas, Ciudad Guyana. Puetro Ordaz. Bolivar.Venezuela | See page 2 - SMBC OFAC Block Account: [redacted] |

**ADDITIONAL DATA FOUND IN ORIGINATOR TO BENEFICIARY INFORMATION OR BANK TO BANK INFORMATION**

N/A

PLEASE ATTACH A COPY OF PAYMENT INSTRUCTIONS AS PAGE 3 OF THIS FORM

## PREPARER INFORMATION

| SIGNATURE | NAME OF SIGNER | TITLE OF SIGNER | DATE PREPARED |
|---|---|---|---|
| [signature] | John J. Paino | Vice President | 02/20/19 |

SMBC008