USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/5/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
OLIVIA PESCATORE, ET AL.,                           :
                                                    :
                                    **Plaintiffs,**            :
                                                    :         **18-mc-545 (ALC)**
       -against-                             :
                                                    :         **ORDER**
JUVENAL OVIDIO RICARDO PALMERA                      :
PINEDA, ET AL.,                                     :
                                                    :
                                    **Defendants.**            :
                                                    :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      By letter dated February 4, 2021, counsel for Mr. Caballero requested an extension of time to file a consolidated motion to intervene. ECF Nos. 86-87.[1] The letter does not indicate whether Plaintiffs "consent[], and, if not, the reasons given . . . for refusing to consent." Individual Practices of Andrew L. Carter Jr. ¶ 1(D). Accordingly, Plaintiffs are ORDERED to file a response stating their position on this request no later than February 8, 2021. Any future requests for extension must include whether the opposing party consents to the extension, as required by this Court's Individual Practices.

**SO ORDERED.**

**Dated:**     **February 5, 2021**
              **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**

---

[1] The two letters filed appear to be identical.