USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    2/5/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

OLIVIA PESCATORE, ET AL.,                       :
                                                :
                                Plaintiffs,     :
                                                :        **18-mc-545 (ALC)**
                -against-                        :
                                                :        **ORDER**
JUVENAL OVIDIO RICARDO PALMERA                  :
PINEDA, ET AL.,                                 :
                                                :
                                Defendants.     :
                                                :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On February 5, 2021 at 10:30 a.m., the Court conducted a status conference with the

parties in the related *Stansell* (16-mc-405) case. In accordance with today's conference, the

deadlines for all turnover motions filed by Plaintiffs, ECF Nos. 48, 64, 68, 70, 72, 74, and any

interpleader petitions the parties may wish to file are stayed/ adjourned *sine die*.

**SO ORDERED.**

Dated:        **February 5, 2021**
              **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**