UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA PESCATORE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JUVENAL OVIDIO RICARDO PALMERA PINEDA, *et al.*, <br><br> Defendants. | No. 1:18-mc-00545-ALC |

**NOTICE OF RELEASE OF LIENS AND WITHDRAWAL
OF WRITS OF EXECUTION TO JP MORGAN CHASE BANK**

Plaintiffs hereby voluntarily release their execution liens and withdraw both of the sealed writs of execution to JP Morgan Chase Bank, N.A. only, issued on December 23, 2020 and January 8, 2021, without prejudice. There are now no pending writs of execution or turnover motions directed to JP Morgan Chase Bank.

The writs issued on December 23, 2020 and January 8, 2021—and the execution liens perfected thereon—remain in full force and effect as to the other garnishee/turnover respondents named in each writ, other than JP Morgan Chase Bank, N.A.

Dated: February 8, 2021

/s/ Nathaniel A. Tarnor
Nathaniel A. Tarnor, Esq.
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

*Counsel for the Pescatore
Plaintiffs/Judgment Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by first class mail pursuant to *Fed. Rule Civ. P. 5(b)(2)(C)* and/or electronic mail service to the listed attorneys:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington DC *Via email to OFAC counsel in compliance with 31 CFR 501.605*

/s/ Nathaniel A. Tarnor
Nathaniel A. Tarnor, Esq.
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

*Counsel for the Pescatore Plaintiffs/Judgment Creditors*