UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA PESCATORE, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>JUVENAL OVIDIO RICARDO PALMERA PINEDA, *et al.*,<br><br>               Defendants,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>               Turnover Respondent/Garnishee<br><br>*OFAC blocked assets of*:<br>Venezuela Ministry of Finance<br>a/k/a Ministerio del Poder Popular de Economía y Finanzas | No. 1:18-mc-00545-LGS<br><br>**NOTICE OF MOTION**<br>**FOR TRIA TURNOVER** |

**Motion by**:          All Plaintiffs

**Relief Demanded**:    Turnover of blocked assets owned by Venezuela Ministry of Finance a/k/a Ministerio del Poder Popular de Economía y Finanzas, which has been declared an agency or instrumentality of the FARC, that are held and maintained in the United States by CITIBANK, N.A. in partial satisfaction of Plaintiffs' Judgment

**Supporting Papers**:   Jan. 14, 2019 Appendix FARC World's Largest Cocaine Supplier
[DE 15, filed in *Stansell*, 1:16-mc-00405 and incorporated herein]
Jan. 14, 2019 Appendix Vol. 1 Cartel of the Suns
[DE 16, filed in *Stansell*, 1:16-mc-00405 and incorporated herein]
Dec. 10, 2020 Supplemental Appendix Cartel of the Suns [DE 38]
Dec. 10, 2020 Motion, Exhibits and Expert Testimony [DE 36]
Dec. 15, 2020 Order [DE 40]
Jan. 7, 2021 Order [DE 58]
Feb. 2, 2021 Motion [DE 85]
Feb. 8, 2021 Order [DE 91]
April 9, 2021 Memorandum of Law in Support

| | |
|---|---|
| **Grounds for Relief:** | Fed. Rule of Civ. P. 69(a);<br>New York C.P.L.R. §§5230, 5232, 5225, 5227;<br>Section 201(a) of the Terrorism Risk Insurance Act of 2002 ("TRIA"), codified at 28 U.S.C. §1610 note;<br>Civil remedy provisions of the Anti-Terrorism Act, 18 U.S.C. §2333(a);<br>International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1701 *et seq*.; Executive Order (E.O.) 13850 and OFAC's Venezuela Sanctions regulations 31 CFR Part 591 |
| **Return Date of Motion:** | Absent an Order by the Court, and pursuant to S.D.N.Y. L.R.Civ.P. 6.1(b), opposing papers (if any) shall be filed within **14 days** of the filing of this motion. Reply papers (if any) are to be filed within seven days after service of opposing papers. NOTE: to the extent required, the movants herein intend to file and serve reply papers. |
| **Date, Time, and Place of Hearing On Motion:** | U.S. District Court for the Southern District of New York<br>40 Foley Square, New York, NY 10007-1312<br>Courtroom of the Hon. Lorna G. Schofield<br>Date and time of hearing (if any) to be determined by the Court |

Date: April 9, 2021

Respectfully submitted,

/s/ Nathaniel A. Tarnor
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

*Counsel for the Pescatore Plaintiffs/Judgment Creditors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served this Notice of Motion by electronic mail or registered mail to the following persons:

> VENEZUELA MINISTRY OF FINANCE
> a/k/a Ministerio del Poder Popular de Economía y Finanzas
> Av. Urdaneta, con Esq. de Carmelitas
> Edif. Sede del MPPPF
> Caracas, Distrito Capital
> Venezuela
>
> OFFICE OF FOREIGN ASSETS CONTROL
> U.S. Department of the Treasury
> 1500 Pennsylvania Ave. NW
> Washington DC
> *Via email to OFAC counsel in compliance with 31 CFR 501.605*

None of the FARC defendants have appeared and defaults were properly entered against them all prior to entry of the Default Judgment. Accordingly, no further notice, service of pleadings, motions or writs is required to be served on the FARC or the individual FARC members identified in the ATA Judgment. Fed. R. Civ. P. 5(a)(2).

/s/ Nathaniel A. Tarnor
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com