USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                        **Plaintiffs,**                    16-MC-00405 (LGS)(SN)

               -against-

**REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,**                    **ORDER**

                        **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**OLIVIA PESCATORE, et al.,**

                        **Plaintiffs,**                      18-MC-00545 (LGS)(SN)

               -against-

**JUVENAL OVIDIO RICARDO PALMERA
PINEDA, et al.,**

                        **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The status conference currently scheduled for Friday, June 11, 2021, at 3:00 p.m. is ADJOURNED to Monday, June 14, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:  June 10, 2021
             New York, New York