UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEITH STANSELL, et al.,

                          **Plaintiffs,**              16-MC-00405 (LGS)(SN)

        -against-                                    **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                          **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Stansell v. FARC, No. 16-mc-0405
    Pescatore v. Pineda, No. 18-mc-0545

On December 8, 2021, third-party defendants moved to unseal four documents, which are on the docket for this matter and the Pescatore docket. Plaintiffs do not oppose this motion and consent to unsealing two further documents on the Pescatore docket.

"The common law right of public access to judicial documents is firmly rooted in our nation's history." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006). Absent any opposition, the Court grants the motion. The Court respectfully directs the Clerk of the Court to terminate the motions at ECF No. 411, and ECF No. 135 on the Pescatore docket and unseal the documents at ECF Nos. 119, 130, 166, and 176 on the Stansell docket, and ECF Nos. 37, 40, 46, 58, 85, and 91 on the Pescatore docket.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:  December 17, 2021
              New York, New York