WHITE & CASE

November 7, 2025

**VIA ECF**

Hon. Sarah Netburn
Chief United States Magistrate Judge
United States District Court for the
    Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

Re:   *Stansell v. FARC*, No. 16-mc-405-(LGS)(SN) and related actions as styled at ECF 600

Dear Judge Netburn:

White & Case LLP represents non-parties Petróleos de Venezuela S.A. ("PDVSA"), Aceites y Solventes Venezolanos Vassa S.A., PDV Marina S.A., Petro San Felix S.A., Petrocedeño S.A., Petrowarao S.A., Venezuelan Heavy Industries C.A., Venfleet Asphalt Ltd., Venfleet Ltd., and Venfleet Products Ltd. (the "PDVSA Subsidiaries"); Ministerio del Poder Popular de Economía y Finanzas ("Ministry of Finance"); Banco de Venezuela, Banco Bandes Uruguay S.A., and Banco Bicentenario Banco Universal C.A. (together, the "BANDES subsidiaries," and collectively with the Ministry of Finance, the "Venezuelan Financial Entities") in the above-referenced enforcement proceedings.

Pursuant to this Court's October 17, 2025 Order (*Stansell v. FARC*, No. 16-mc-405 (S.D.N.Y. filed Oct. 17, 2025), ECF 600), White & Case filed supplemental letters on October 31, 2025, and reply letters on November 7, 2025 in *In re Claims Against the Valero-Petrocedeno Account*, No. 20-mc-249 (S.D.N.Y.). Because White & Case also represents the BANDES subsidiaries in this related action, and a single decision by the Court on the authority-to-represent issue would promote efficiency and consistency, White & Case respectfully requests that the Court consider in this action the supplemental briefing already submitted in the related *In re Claims Against the Valero-Petrocedeno Account* action. For the Court's convenience, White & Case's supplemental and reply letters are attached here as **Exhibits 1 and 2**, respectively. Additionally, the authorities cited in the prior briefs of White & Case apply equally to establish that White & Case is the sole authorized counsel to represent the Venezuelan Financial Entities in these proceedings. *See* White & Case Br., *Stansell*, No. 16-mc-405 (Jan. 10, 2022), ECF 427; White & Case Reply, *Stansell*, No. 16-mc-405 (Jan. 26, 2022), ECF 434; White & Case Supp. Ltr., *Stansell*, No. 16-mc-405 (Sept. 30, 2025), ECF 594.

By filing this letter, PDVSA, the PDVSA Subsidiaries and the Venezuelan Financial Entities do not waive and expressly preserve all rights, privileges, immunities, and defenses, including as to service of process, and subject-matter and personal jurisdiction.

**WHITE & CASE**

Hon. Sarah Netburn
November 7, 2025

Respectfully submitted,

By: *s/ Claire A. DeLelle*
Claire A. DeLelle
Nicole Erb
White & Case LLP
701 Thirteenth Street N.W.
Washington, D.C. 20005
(202) 626-6485
claire.delelle@whitecase.com
nerb@whitecase.com

*Counsel for PDVSA, the PDVSA Subsidiaries and the Venezuelan Financial Entities*

cc:   All counsel of record via ECF