```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH STANSELL, et al.,

                              Plaintiffs,                    16-MC-00405 (LGS)(SN)

       -against-                                    **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                              Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X
OLIVIA PESCATORE, et al.,

                              Plaintiffs,                    18-MC-00545 (LGS)(SN)

      -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA, et al.,

                              Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X
In re:

                                                20-MC-00249 (LGS)(SN)

    CLAIMS AGAINST THE
    VALERO-PETROCEDENO
    ACCOUNT

------------------------------------------------------------------X
------------------------------------------------------------------X
MEUDY ALBAN OSIO, et al.,

                              Plaintiffs,                    25-MC-00390 (LGS)(SN)

      -against-

NICOLAS MADURO MOROS, et al.,

                              Defendants.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

The Court must decide a threshold issue on which counsel is authorized to represent certain Venezuelan state-owned entities in these cases (the "authority-to-represent" issue). See ECF Nos. 591, 594, 609[1] (supplements to briefing initially completed in January 2022); No. 20-mc-249, ECF Nos. 203, 204, 208, 209 (additional supplements). The Court invited the United States to file a statement of interest on this issue because it may implicate the decisions of the U.S. Government to recognize the legitimate government of Venezuela. No. 16-mc-405, ECF No. 612. Yesterday, the U.S. Government filed its letter, in which it advised the Court that "the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez." ECF No. 621 at 1, Ex. A. The Government further noted that "the facts underlying the representation question have changed substantially since the dispute pending before the Court emerged." Id. at 2. Otherwise, the Government declined to opine on the pending disputes in this litigation. Id.

The Court therefore directs counsel (White & Case and the team of Leon Cosgrove Jimenez and Kellner Herlihy) to file supplemental letter briefs on the authority-to-represent issue. These letter briefs must not exceed five pages and should address any recent developments relevant to the Court's determination that have arisen since counsel's last submissions on this issue. Counsel must file their letters by Thursday, March 26, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 12, 2026
         New York, New York

---

[1] Unless otherwise noted, all ECF numbers refer to the Stansell v. FARC docket, No. 16-mc-405.